**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-7610**

_____

SHERMAN A. THOMPSON,

           Plaintiff - Appellant,

    v.

SERGEANT JOYNER; MELTON, Officer; HEADEN, Officer; ALSTON,
Captain; OFFICER HINTON,

           Defendants - Appellees,

    and

ALSTON, Correctional Officer,

           Defendant.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Louise W. Flanagan, Chief
District Judge. (5:06-ct-03013-FL)

_____

Submitted: February 28, 2008      Decided: March 7, 2008

_____

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Sherman A. Thompson, Appellant Pro Se. Yvonne Bulluck Ricci, NORTH
CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sherman A. Thompson appeals the district court's order denying his motion to reconsider a prior order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Thompson v. Joyner, No. 5:06-ct-03013-FL (E.D.N.C. Aug. 15, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED